FILED & ENTERED

MAR 29 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

Catalino Castillo,

Debtor.

SCE Federal Credit Union,

Plaintiff,

v.

Catalino Castillo,

Defendant.

CHAPTER 7

Case No.:  2:15-bk-22018-RK

Adv. No.:  2:15-ap-01490-RK

**ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO DEEM REQUESTS FOR ADMISSION ADMITTED AS TO DEFENDANT**

Date:     March 28, 2017
Time:     2:30 PM
Courtroom:  1675

Plaintiff's *Motion for Order to Deem the Requests for Admission Admitted and for Imposition of Monetary Sanctions* ("motion") filed on February 28, 2017 (ECF 40) is hereby DENIED.  The motion is unnecessary.  Fed. R. Civ. P. 36(a)(3), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7036; *see also,* 2 O'Connell and

Patterson, *Rutter Group Practice Guide: Federal Civil Procedure Before Trial*, ¶ 11:2071 at 11-333 (2017) ("A motion to compel admissions (or to establish the admissions) is unnecessary.  The rule is self-executing.  [FRCP 36(a)(3)].").

IT IS SO ORDERED.

### 

Date: March 29, 2017

_____
Robert Kwan
United States Bankruptcy Judge