**FILED & ENTERED**

**MAR 29 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Catalino Castillo,<br><br>Debtor.<br>_____<br><br>SCE Federal Credit Union,<br><br>Plaintiff,<br>v.<br><br>Catalino Castillo,<br><br>Defendant. | CHAPTER 7<br><br>Case No.: 2:15-bk-22018-RK<br><br>Adv. No.: 2:15-ap-01490-RK<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date:       March 28, 2017<br>Time:      2:30 PM<br>Courtroom: 1675 |

Plaintiff's *Motion to Compel Defendant to Respond to Request for Production of Documents and for Monetary Sanctions* ("motion") filed on February 28, 2017 (ECF 41)

-1-

is hereby DENIED.  Plaintiff has not complied with the "meet and confer" requirements of Local Bankruptcy Rule ("LBR") 7026-1.  Plaintiff's purported "meet and confer" letter is simply a demand letter with no *bona fide* effort to arrange for a discovery dispute motion prefiling conference between the parties and for the parties to meet and confer by telephone or in person in such a prefiling conference.  Plaintiff did not meet and confer with defendant, the responding party, by telephone or in person to resolve the discovery dispute in good faith and made no attempt to arrange such a conference.  Merely extending time for defendant as respondent to comply and demanding his compliance is not equivalent to what LBR 7026-1 requires, i.e., an actual meeting of the parties by telephone or in person in a good faith effort to resolve the discovery dispute with plaintiff making the arrangements for such a conference before any discovery dispute was brought.  Plaintiff absolutely failed in its effort to satisfy these procedural requirements of LBR 7026-1.  The denial of the motion is without prejudice to plaintiff complying with LBR 7026-1 in letter and in spirit.

    IT IS SO ORDERED.

###

Date: March 29, 2017

_____
Robert Kwan
United States Bankruptcy Judge